Robert Say McINTOSH *v*. STATE of Arkansas

CR 97-1161 952 S.W.2d 167

Supreme Court of Arkansas
Opinion delivered October 16, 1997

*Alvin D. Clay*, for appellant.

No response.

PER CURIAM. Robert Say McIntosh, by his attorney, has filed a motion for rule on the clerk.

His attorney, Alvin D. Clay, admits in his motion that the record was tendered late due to a mistake on his part.

We find such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.